UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMANTHA NICOLE CLARK,

    Plaintiff,

v.

Case No. 20-cv-13349
Hon. Matthew F. Leitman

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

For the reasons stated in the order issued on this date, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion for Summary Judgment is **DENIED** and Defendant's Motion for Summary Judgment is **GRANTED**.

                      s/Matthew F. Leitman
                      MATTHEW F. LEITMAN
                      UNITED STATES DISTRICT JUDGE

Dated: February 11, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 11, 2022, by electronic means and/or ordinary mail.

                      s/Holly A. Ryan
                      Case Manager
                      (313) 234-5126